# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00317-CR

Kevin **OWENS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR8385
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 7, 2025.

_____
Adrian A. Spears II, Justice